UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

> **Motion GRANTED for extension to 12/9/13.**
>
> /s/ Judge Trauger

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 3:13-00212 |
| | ) | JUDGE TRAUGER |
| | ) | |
| RENNIE W. WELLS | ) | |

## MOTION TO EXTEND TIME TO FILE PRETRIAL MOTIONS

Rennie W. Wells, through counsel, respectfully moves the Court to extend the time for filing pretrial motions for a period of one (1) week. This matter is currently set for trial on December 17, 2013. Counsel would show that an extension is necessary to receive and review discovery materials in order to determine whether the filing of pretrial motions is necessary. While counsel has received some information from the Government, the full compliment of discovery materials has not yet been received. For these reasons, it is respectfully requested that the Court grant a one (1) week extension of time in which to file pretrial motions or until December 9, 2013.

Respectfully submitted,

/s/ *Ronald C. Small*
RONALD C. SMALL (BPR#023150)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: ron_small@fd.org

Attorney for Rennie W. Wells

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2013, I electronically filed the foregoing *Motion to Extend Time to File Pretrial Motions* with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: S. Carran Daughtrey, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

/s/ *Ronald C. Small*
RONALD C. SMALL