> **Motion GRANTED.**
> **Extension to 3/7/14.**
> *[signature]*

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:13-00212 |
| | ) | JUDGE TRAUGER |
| RENNIE W. WELLS | ) | |

## MOTION TO EXTEND TIME TO FILE PRETRIAL MOTIONS

Rennie W. Wells, through counsel, respectfully moves the Court to extend the time for filing pretrial motions for a period of one (1) week. This matter is currently set for trial on April 1, 2014. Counsel would show that an extension is necessary as additional time is required to further review discovery, discuss the case with Mr. Wells and determine whether pretrial motions should be filed. Additionally, counsel will be out of the district on military duty from February 24-28, 2014, and would therefore require additional time to meet with client to discuss whether pretrial motions are necessary or appropriate.

WHEREFORE for the foregoing reasons, it is respectfully requested that the Court grant a one (1) week extension of time in which to file pretrial motions or until March 7, 2014.

Respectfully submitted,

　　/s/ *Ronald C. Small*
RONALD C. SMALL (BPR#023150)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN  37203
615-736-5047
E-mail: ron_small@fd.org

Attorney for Rennie W. Wells

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2014, I electronically filed the foregoing *Motion to Extend Time to File Pretrial Motions* with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: S. Carran Daughtrey, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

　　/s/ *Ronald C. Small*
RONALD C. SMALL