# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:13-00212 |
| | ) | Judge Trauger |
| | ) | |
| RENNIE W. WELLS | ) | |

## O R D E R

It is hereby **ORDERED** that a change of plea hearing is scheduled for April 10, 2014 at 3:30 p.m.

It is so **ORDERED**.

ENTER this 31st day of March 2014.

_____
ALETA A. TRAUGER
U.S. District Judge