UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

==**Motion GRANTED. Hearing reset for 8/7/14 at 10:30 a.m.**==

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:13-00212 |
| ) | JUDGE TRAUGER |
| RENNIE W. WELLS ) | |

## MOTION TO CONTINUE SENTENCING HEARING AND TO EXTEND DEADLINE FOR FILING RESPONSE TO THE PRESENTENCE REPORT

Rennie W. Wells, through counsel, respectfully moves this Honorable Court to continue his sentencing hearing currently scheduled for Friday, July 18, 2014 at 11:00 a.m. and to respond to the presentence report.

Counsel would show that he has a sentencing hearing scheduled for the same date and time before Judge Campbell. The case before Judge Campbell is a complex white collar fraud case with two co-defendants which requires a substantial devotion of counsel's time and resources. Undersigned counsel would be unable to devote full preparation time to Mr. Wells' case. Additionally, undersigned counsel is awaiting the receipt of a psychological report which requires review prior to sentencing in Mr. Wells's case. Accordingly, counsel is also requesting an extension of time in which to respond to the presentence report in this matter. Counsel for the Government has been contacted and has no objection to rescheduling the sentencing hearing to either the first or second week in August if convenient with the Court's calendar.

Respectfully submitted,

s/ Ronald C. Small
RONALD C. SMALL (BPR#023150)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
Attorney for Rennie W. Wells